Cheryl SHARGEL, Claimant/Appellant,

v.

**DAIMLER CHRYSLER CORP.,**
Employer/Respondent,

and

Treasurer of The State of Missouri, as Custodian of the Second Injury Fund, Additional Party/Respondent.

Nos. ED 87757, ED 87763.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 19, 2006.

Rick Barry, Law Offices of Rick Barry, P.C., St. Louis, MO, for appellant.

Kimberly A. Negley, Simon and Early, P.C., St. Louis, MO, for respondent Daimler Chrysler Corp.

Kristin Marie Frazier, Assistant Attorney General, St. Louis, MO, for respondent Missouri State Treasurer as Custodian of the Second Injury Fund.

Before ROY L. RICHTER, P.J.,
KATHIANNE KNAUP CRANE, J., and
SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission, affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished, for their information only, with a memorandum setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).